Filing # 130882740 E-Filed 07/18/2021 06:31:26 PM

IN THE CIRCUIT COURT FOR THE
SEVENTH JUDICIAL CIRCUIT IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO: 2021 30960 CICI
32

**RONALD DESKO,**

    **Plaintiff,**

vs.

**PF CHANG'S CHINA BISTRO, INC ,**

    **Defendant.**

Date: 7-22-21 Time: 2:00 PM

Eric Deal    S.P.S. 336

_____ /

**SUMMONS**

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**P.F. CHANG'S CHINA BISTRO, INC.,
C/O OF ITS REGISTERED AGENT
NRAI SERVICES INC
1200 South Pine Island Rd
Plantation , FL 33324**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on LINA M. LOPEZ, **Morgan & Morgan, P.A.**, 444 Seabreeze Blvd, Suite 100, Daytona Beach, Florida 32118, Telephone: (386) 947-9959, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**

1

fwd to pltf atty by mail for sop cc pltf atty by mail

2021 30960 CICI

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **VOLUSIA COUNTY COURTHOUSE, 125 E. Orange Avenue, Suite 300, Daytona Beach, FL 32114, (386) 257-6097**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the 21st day of July, 2021.

LAURA E ROTH
CLERK OF THE CIRCUIT COURT

By _____
As Deputy Clerk

/s/ Michelle MacDonald

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service"

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**444 SEABREEZE BLVD, SUITE 100**
**DAYTONA BEACH, FLORIDA 32118**

4

# IN THE CIRCUIT/COUNTY COURT OF FLORIDA, SEVENTH JUDICIAL CIRCUIT, IN AND FOR VOLUSIA COUNTY, FLORIDA

## CASE MANAGEMENT ORDER

**IMPORTANT-** This Order contains important deadlines that must be complied with or sanctions may result.

This Case Management Order is issued in accordance with Administrative Orders of the Florida Supreme Court and Seventh Judicial Circuit Court.

### A. CASE DESIGNATION

Civil cases in which trials by jury are demanded are designated as "General". All other civil cases are designated as "Streamlined". Cases subsequently designated as "Complex" pursuant to Rule 1.201, Fla. R. Civ. P., are exempted from the requirements of this Order and will follow the procedures outlined in the Rule.

### B. PROJECTED TRIAL DATE

For "General" cases the *projected* docket sounding and trial dates will be eighteen (18) months from case filing, or twelve (12) months from the date of this Order, whichever date is later. For "Streamlined" cases, the *projected* docket sounding and trial dates will be twelve (12) months from case filing, or six (6) months from the date of this Order, whichever date is later. The parties are expected to be ready to try this case by this deadline.

### C. SERVICE OF PROCESS

Plaintiff(s) are required to serve each defendant with initial process no later than 120 days from case filing or sixty (60) days from the date this Order is issued, whichever date is later. Motions for extension of time to complete service of process must be filed no later than ten (10) days prior to expiration of the initial time period for service. In its discretion, the presiding judge may grant plaintiff(s) an additional ninety (90) days to serve any remaining defendant(s). After the expiration of the time for service, including any extensions, any unserved defendant(s) will be dropped from the action, or the case will be dismissed without prejudice, as appropriate.

### D. ADDING NEW PARTIES

The deadline for adding new parties to an action is ninety (90) days after the completion of service of process on the initial defendants or sixty (60) days from the date this Order is issued, whichever date is later.

### E. OBJECTIONS TO PLEADINGS

Objections to pleadings must be filed no later than twenty (20) days from the date the pleading is served upon the objecting party. Any objection not timely scheduled for hearing may be deemed waived or abandoned.

## F. COMPLETION OF DISCOVERY

All discovery is to be completed according to the following schedule:

| Action or Event | General | Streamlined |
|---|---|---|
| Disclosure of expert witnesses | 75 days before docket sounding for parties seeking affirmative relief; 60 days before docket sounding for parties not seeking affirmative relief | 75 days before docket sounding for parties seeking affirmative relief; 60 days before docket sounding for parties not seeking affirmative relief |
| Disclosure of fact witnesses | 60 days before docket sounding | 60 days before docket sounding |
| Service of written discovery requests | 45 days before docket sounding | 45 days before docket sounding |
| All other discovery to be completed | 10 days before docket sounding | 10 days before docket sounding |

## G. PRETRIAL MOTIONS

All pretrial motions must be filed no later than thirty (30) days prior to the trial date. Pretrial motions filed within thirty (30) days of trial will not be considered if predicated on matters the movant knew, or should have known with the exercise of reasonable diligence, at least thirty (30) days prior to the trial date. Because of busy court calendars, hearing time may not be available to consider motions filed close to the deadline. The inability of a party to obtain hearing time will generally not constitute grounds for a continuance of the trial.

## H. MEDIATION

Unless excused by the Court, or excluded pursuant to Rule 1.710(b), Fla. R. Civ. P., mediation is to be conducted in all cases. Mediation must be concluded and a report filed prior to docket sounding.

## I. SERVICE OF THIS ORDER

- For cases filed on or before April 30, 2021, plaintiff is required to serve a copy of this Order on all other parties and file a notice of service with the Clerk within 30 days of the date of its issuance.
- For cases filed after April 30, 2021, plaintiff is required to serve a copy of this Order on all other parties together with service of process, or in the manner prescribed in Fla. R. Civ. P. 1.080.

## J. EXTENSIONS AND CONTINUANCES

The Court hereby adopts a firm continuance policy in this matter and will only extend deadlines set forth in this Order upon a showing of good cause.

## K. SANCTIONS

Failure to comply with the terms of this Order may result in sanctions against the offending party.



**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES** If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**

**SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES**
Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos. Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

CL-0247-1901

## COVID-19 ADVISORIES AND PROCEDURES

*PLEASE READ AND FOLLOW ALL INSTRUCTIONS OUTLINED IN THIS NOTICE*

1. Due to the ongoing pandemic, additional measures must be taken to ensure the safety of the litigants and court personnel.

2. **When you arrive for your court hearing please bring your court notice showing the time, date and location of your court appearance.**

3. If you are sick, have a cough, are short of breath, have a fever of 100°F or more; or, if you have tested positive for COVID-19 or have been in contact with someone who has tested positive for COVID-19, then <u>DO NOT COME TO THE COURTHOUSE</u>. Please send an email to Clerk@Clerk.org, or call (386) 736-5915 to reschedule your court date. Please have your case number handy and be prepared to provide your mailing address, telephone number, and an email address. You will be given a new court date.

4. Plan to arrive at the courthouse 15 minutes before your scheduled hearing. You may be asked to wait outside of the courthouse based on courthouse occupancy limits. In order to limit the number of individuals in the courthouse, please don't bring friends or family members with you.

5. Prior to entering the courthouse, you may have your temperature checked and be required to answer a few general health questions.

6. For your safety, please follow the instructions of the court deputies. Follow all marked signs for entering and exiting the courthouse. Please sit in the designated areas of the courtroom (they are marked and are 6 feet apart). Please observe social distancing at all times. You will be required to wear a mask or other face covering, so please bring one with you.

7. In some cases, you may be permitted to attend your hearing remotely through video or telephone conferencing. Each judge has established procedures for electronic appearances. Please refer to your court notice for the judge assigned to your case. To check your judge's policies and procedures for electronic appearance, visit the court's website at www.circuit7.org and look under the "Judges" tab to find your judge and a listing of policies and procedures for electronic appearances.

8. If you don't have an attorney and your case is a criminal matter, the Office of the Public Defender may be able to assist you. Please contact their office at (386) 239-7730.

IN THE CIRCUIT COURT OF THE SEVENTH
JUDICIAL CIRCUIT IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO:

RONALD DESKO,

    Plaintiff,

vs.

PF CHANG'S CHINA BISTRO, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, **RONALD DESKO**, by and through the undersigned attorneys and sues the Defendants, **PF CHANG'S CHINA BISTRO, INC.,** and alleges as follows:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff **RONALD DESKO** is a natural person residing in New Smyrna Beach, Florida.

3. At all times material to this action, **PF CHANG'S CHINA BISTRO, INC.,** is Foregin corporation licensed to do and doing business in Daytona Beach, Volusia County, Florida.

4. At all times material hereto, Defendant, **PF CHANG'S CHINA BISTRO, INC.,** were tenants/occupiers/operators of business known as PF Chang's located at located at 1862 Victory Circle #L100, Daytona Beach, Florida 32114, on which they operated a business, said business being that of a restaurant open to the general public, including the Plaintiff, **RONALD DESKO** herein.

5. On or about July 1, 2020, Plaintiff, **RONALD DESKO**, visited Defendants' premises located at the above address as a business invitee.

6. At said time and place, Plaintiff, **RONALD DESKO,** was a guest at PF Chang's Bistro as described above, lawfully upon the premises of the Defendants, who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety.

7. At said time and place, Defendant **PF CHANG'S CHINA BISTRO INC**, breached its duty owed to Plaintiff, **RONALD DESKO** by committing one or more of the following omissions or commissions:

> a. Negligently failing to maintain or adequately maintain the flooring directly in front of the restaurant's front door entrance, thus creating a fall hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;
>
> b. Negligently failing to inspect or adequately inspect the flooring directly in front of the front door entrance as specified above, to ascertain whether the newly painted floor directly in front door of the front entrance of the restaurant was non slip resistant paint and whether the paint was slippery when wet, whether such condition constituted a fall hazard to patrons of the restaurant utilizing said walkway, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;
>
> c. Negligently failing to inspect or adequately warn the Plaintiff of the danger of the recently painted floor directly in front of the only entrance to the restaurant, when Defendant knew or through the exercise of reasonable care should have known that said paint use to pain entrance way was not skid resistant and would become slippery when wet and such condition was unreasonably dangerous and that Plaintiff was unaware of same;

    d. Negligently failing to correct and/or maintain and/ repair and/or adequately correct the unreasonably dangerous condition of the non-skid resistant paint used to paint the front entryway of the restaurant, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

    e. Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the floor leading into the restaurant of the restaurant for dangerous conditions;

    f. Negligently failing to train and/or inadequately training its employees to inspect the newly painted flooring directly in front of the front entrance to the restaurant for dangerous conditions;

    g. Negligently failing to follow its own corporate policy(ies) regarding the dangerous condition;

    h. Negligently failing to act reasonably under the circumstances;

    i. Negligently engaging in a routine or regular practice of business that was not the reasonable custom of the community; and

8. As a result, while Plaintiff, **RONALD DESKO,** was a patron at Defendant's business, when he slipped and fell on wet flooring that had been recently painted that was located directly in front of the only entrance to restaurant. As a result of Plaintiff's fall she sustained injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, **PF CHANG'S CHINA BISTRO INC** Plaintiff, **RONALD DESKO,** suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, **RONALDO DESKO** will suffer these losses in the future.

WHEREFORE, the Plaintiff, **RONALDO DESKO**, sues the Defendant, **PF CHANG'S CHINA BISTRO INC**, for damages and demands judgment in excess Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **7/18/2021**, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal and same has been furnished by Process Server to the Defendant addressed.

/s/ Lina M. Lopez
LINA M. LOPEZ, ESQUIRE
FBN: 0610542
Morgan & Morgan, P.A.
444 Seabreeze Blvd, Suite 100
Daytona Beach, FL 32118
Telephone:   (386) 947-9959
Facsimile:    (386) 281-4784
Primary email: LLopez@forthepeople.com
Secondary email: mvogel@forthepeople.com
Attorneys for Plaintiff